# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROSA MARIA PENA MARTINEZ, | Case No. CV 18-06155-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 14, 2019.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE